# ELECTRONIC RECORD

COA # 06-12-00133-CR          OFFENSE: 19.02

STYLE: James Nathan Alexander v. The State of Texas          COUNTY: Gregg

COA DISPOSITION: Modified and as Modified Affirmed          TRIAL COURT: 188th District Court

DATE: 8/21/13          Publish: No          TC CASE #: 40028-A

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: James Nathan Alexander v. The State of Texas          CCA #: 1309-13

___SPA'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_granted & remanded_          JUDGE: _____

DATE: _April 16, 2014_          SIGNED: _____ PC: _____

JUDGE: _PC_          PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____